John T. DeCarlo (SBN 70607)
jdecarlo@deconsel.com
Daniel M. Shanley (SBN 169182)
dshanley@deconsel.com
Desmond C. Lee (SBN 158952)
dlee@deconsel.com
Patrick A. Maher (SBN 246360)
pmaher@deconsel.com
DeCARLO & SHANLEY
A Professional Corporation
533 South Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100
Facsimile: (213) 488-4180

Attorneys for Plaintiff/Counterdefendant
CARPENTERS LOCAL UNION 721

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS LOCAL UNION 721, an unincorporated association,<br><br>            Plaintiff,<br><br>    v.<br><br>PHIL LIMON, an individual,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:17-CV-04426-DSF-MRW<br>[Hon. Dale S. Fischer]<br><br>LOCAL 721'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS<br><br>DATE:    February 26, 2018<br>TIME:    1:30 p.m.<br>CRTRM:  7D |

MOTION TO DISMISS                                                                       CASE NO.: 2:17-CV-04426-DSW-MRW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 26, 2018 at 1:30 p.m., or as soon as the matter may be heard, in Courtroom 7D of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiff/Counterdefendant Carpenters Local Union 1506 will and hereby does move this Court to dismiss the Counterclaim of Defendant/Counterclaimant Phil Limon under Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all records and pleadings on file herein, and upon such argument as may be presented at the hearing on this motion.

DATED: January 22, 2018  DeCARLO & SHANLEY
A Professional Corporation


By: /s/ Patrick A. Maher
Patrick A. Maher
Attorneys for Plaintiff/Counterdefendant
CARPENTERS LOCAL UNION 721