1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CARPENTERS LOCAL UNION 721, an unincorporated association, | ) Case No.:  2:17-CV-04426-DSF-MRW |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER |
| v. | ) Date:      February 26, 2018<br>) Time:      1:30 p.m. |
| PHIL LIMON, an individual, | ) Crtrm:     7D |
| Defendant. | ) |

Counterdefendant Carpenters Local Union 1506's Fed. R. Civ. P. 12(b)(6)) motion to dismiss Counterclaimant Phil Limon's Counterclaim is GRANTED in whole.

Limon has failed to state any basis to sue Local 1506 beyond the union's initiation of the instant lawsuit. Limon has improperly sought to use this Court to violate Local 1506's First Amendment right to petition the government to redress Limon's alleged actions. Nor does the Counterclaim state a claim against Local 721, even if it states a claim against other non-parties. Accordingly, the Counterclaim is dismissed WITH PREJUDICE.

DATED: _____

Hon. Dale S. Fischer
UNITED STATES DISTRICT JUDGE