# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS LOCAL 721,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>PHIL LIMON,<br>　　　　　　Defendant. | No. 17-4426 DSF (MRWx)<br><br>JUDGMENT |

　　　　The Court having granted Plaintiff Carpenters Local 721's (Local 721) Motion for Summary Judgment,

　　　　IT IS ORDERED AND ADJUDGED that Defendant Phil Limon is to account for and to return all property acquired after June 30, 2016 belonging to Local 721 or the former Electronic and Space Technicians Local 1553 within 21 days of judgment, including emails and documents—regardless whether such documents are copies or originals or electronically stored.  It is also ORDERED that the action be dismissed with prejudice, and that Local 721 recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.


　Date:  August 7, 2018

Dale S. Fischer
United States District Judge