1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS LOCAL UNION 721, an unincorporated association,<br><br>        Plaintiff,<br><br>        v.<br><br>PHIL LIMON, an individual,<br><br>        Defendant.<br>AND RELATED COUNTERCLAIMS | Case No.: 2:17-CV-04426-DSF-MRW<br>[Hon. Dale S. Fischer]<br><br>AMENDED JUDGMENT |

|   | IT IS HEREBY ORDERED AND ADJUDGED that Defendant Phil Limon is to account for and to return all property belonging to Local 721 or the former Electronic and Space Technicians Local 1553 within 21 days of judgment, including emails and documents—regardless if such documents are copies or originals or electronically stored. It is also ordered that the action be dismissed with prejudice, and Local 721 recover cost of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920. |
|---|---|

DATED: 8/13/18

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE